```
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION
```

Kristi Byers,                     )
                                  )
                Plaintiff,        )    Case No. 4:07-cv-1203
                                  )
    vs.                           )
                                  )
Entergy Arkansas, Inc.            )
                                  )
                                  )
                Defendant.        )

### Order of Dismissal

Plaintiff Kristi Byers has filed a Motion to Dismiss with Prejudice under Fed.R.Civ.P. 41(a)(2), stating the parties have reached a mutually acceptable resolution in the case. The Court **GRANTS** the motion and **ORDERS** the Clerk of Court to enter judgment dismissing this case with prejudice. All motions still pending in the case are **DENIED AS MOOT**.

   **IT IS SO ORDERED**.

   Dated this 29th day of December, 2008.

_____
RODNEY S. WEBB, District Judge
United States District Court

1